59,247-05

JOSE MIGUEL VASQUEZ,Jr.
TDCJ-ID#789607 ELLIS UNIT
1697 Fm. 980
HUNTSVILLE, TEXAS 77343

DECEMBER 11, 2015

COURT OF CRIMINAL APPEALS, CLERK
P.O. BOX 12308, CAPITAL STATION
AUSTIN, TEXAS 78711

RE: CAUSE NO. 734092-C/ WR-59,247-05

DEAR Mr. ACOSTA,

I AM SENDING THIS LETTER TO THE COURT SO THAT I WILL HAVE
MY RIGHT TO OBJECT TO THE STATE'S ANSWER. ATTACHED TO THE LETTER
IS A LETTER I SENT TO MY ACTING ATTORNEY ON NOVEMBER 13th, 2015.

PLEASE FILE THIS AS SOON AS POSSIBLE. TIME IS IMPORTANT IN
THIS MATTER. THANK YOU FOR YOUR TIME!

JOSE MIGUEL VASQUEZ, Jr.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk

CAUSE NO. 734092-C
WR-59,247-05

EX PARTE                                §
JOSE MIGUEL VASQUEZ, Jr.                §


## LETTER TO THE COURT

COMES NOW,JOSE MIGUEL VASQUEZ, Jr., asking the Court to either order the acting Attorney to respond to the State's answer with an objection, or let the Applicant file his own objection without it being a hybrid representation?

The Applicant has tried to get the acting Attorney to respond to the State's answer and has asked for a copy of the objection, she was supposed to file. There is no communication at all. Attached is a letter that was sent to the Attorney.
Acting Attorney's name:

JANI MASELLI
1201 FRANKLIN, 13th Fl.
HOUSTON, TEXAS 77022

Applicant is not an attorney and is asking the Court to consider this and not hold him to the standards that a learned attorney holds. Without this objection the State's answer is more or less a one sided affair and will effect the final fact finding.

Respectfully Submitted,

Jose Miguel Vasquez,Jr.


## DECLARATION

I, Jose Miguel Vasquez, Jr., declare under the penalty of perjury, that all the above information is true and correct.
SIGNED ON THIS 11th DAY OF DECEMBER, 2015

Jose Miguel Vasquez,Jr.
TDCJ-ID#789607 Ellis Unit
1697 Fm 980
Huntsville, Texas 77343

Mr. JOSE VASQUEZ
TDCJ-ID#789607 ELLIS UNIT
1697 Fm. 980
HUNTSVILLE, TEXAS 77343

NOVEMBER 13, 2015

JANI MASELLI
1201 FRANKLIN, 13th FLOOR
HOUSTON, TEXAS 77002

RE: RESPONSE TO STATE'S ANSWER/YOUR OBJECTION?

DEAR Ms. MASELLI,

I am writing this letter in response to the State's answer that was filed on the 21st of October. I just received it yesterday!

I want to know if you filed an objection? And if you did, I need a copy. The State did not properly address the violation of the Family Code addressing that the officers are to promply notify the parents. Every case that shows the authorities violated that code, was remanded back for a new trial.

Another thing is that the State only has 15 days to respond to a writ, or answer it. The order to designate issues does not extend that time for the State to answer the 11.07 Application. According to the Statute the Judge is, or should I say, the convicting Court makes the findings of fact or approves the person "designated" to make them. The State has no more jurisdiction to make the findings of fact, because they are not designated to make it and the Statute does dot extend their time to do so. This makes it a one sided Government. This is the reason for the order of this Statute.

I am sending a sase for your convience to promptly reply to this letter. If you are not going to object to this, I need to know as soon as possible. Thank you for time!

Respectfully,

Jose Vasquez